**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| EVANGELIA DEVETZI, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 20-cv-4598 |
| | ) | |
| TOYOTA MOTOR NORTH AMERICA, | ) | |
| INC., a corporation; and TOYOTA MOTOR | ) | |
| SALES, U.S.A., INC., a corporation; a | ) | |
| TOYOTA MOTOR CORPORATION, a | ) | |
| foreign corporation; and SCHAUMBURG | ) | |
| TOYOTA, INC., an Illinois corporation; | ) | |
| | ) | |
| Defendants. | ) | |

**PLAINTIFF'S MOTION FOR DISMISSAL BY AGREEMENT**

NOW COMES Plaintiff, EVANGELIA DEVETZI, by and through her attorney, and as her Motion for Dismissal by Agreement, states as follows:

1. That trial has not yet begun in this matter and this cause of action does not involve a minor or wrongful death.

2. That Plaintiff has reached a settlement with Defendants, TOYOTA MOTOR NORTH AMERICA, INC., a corporation; and TOYOTA MOTOR SALES, U.S.A., INC., a corporation; TOYOTA MOTOR CORPORATION, a foreign corporation; and SCHAUMBURG TOYOTA, INC., an Illinois corporation.

3. That the parties wish to incorporate the settlement agreement by reference into the Court's order dismissing the case with prejudice, barring relitigation of any claims raised in this litigation or any claims released by means of the settlement agreement.

1

4. That the parties wish to waive Federal Rule of Civil Procedure 65(d) to the extent Rule 65(d) requires specificity or reasonable detail and without reference to the confidential settlement agreement, the act or acts to be restrained.

5. That a joint stipulation to dismiss and waiver of Rule 65(d) is attached.

6. That a proposed order is attached to this Motion.

WHEREFORE, Plaintiff respectfully requests that this Honorable Court enter an order dismissing Plaintiff's claim against Defendants with prejudice, bar relitigation, and enter a good faith finding.

*/s/ Dean J. Caras*

Dean J. Caras
Attorney for Plaintiff
320 W. Illinois St., Suite 2312
Chicago, IL 60654
312-494-1500
Dean.caras@deancaras.com