**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3**
**Eastern Division**

Evangelia Devetzi

                        Plaintiff,

v.                                                        Case No.: 1:20–cv–04598
                                                                      Honorable Harry D. Leinenweber

Toyota Motor North America, Inc., et al.

                        Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Friday, July 29, 2022:

      MINUTE entry before the Honorable Harry D. Leinenweber: Plaintiff's motion for dismissal by agreement, with prejudice and without costs is granted [37]. Civil case terminated. (maf)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.